# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAINSWORTH MARCHELLUS HALL,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 1:09-cv-01083 YNP DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>[Doc. #7] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On June 30, 2009, Petitioner filed a consent of jurisdiction of United States Magistrate Judge. (Doc. #5). On July 7, 2009, Petitioner filed a motion withdrawing his consent and stating that he would prefer if his case were under the jurisdiction of a United States District Court Judge. (Doc. #7). No other parties have yet appeared in this case. Petitioner's motion is hereby GRANTED and the clerk of the court is ORDERED to assign a District Court Judge to the case.

    IT IS SO ORDERED.

    Dated:   **July 9, 2009**                  **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE