# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAINSWORTH MARCHELLUS HALL,<br><br>    Petitioner,<br><br>  v.<br><br>H.A. RIOS, Warden,<br><br>    Respondent.<br>_____ / | 1:09-cv-01083 LJO MJS HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR PROMPT DISPOSITION<br><br>[Doc. 11] |

   Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   Petitioner filed the instant petition for writ of habeas corpus on June 19, 2009. (Court Doc. 1.) On November 30, 2009, Petitioner filed a motion for prompt disposition (Court Doc. 11.) He also requested an order compelling respondents to show cause why petitioner's § 2241 petition should not be granted. (Id.) The latter request is read as simply asking in another way for prompt disposition of the case.

   The Court is aware of Petitioner's pending action.  The Court will address pending cases, including this one, as quickly and efficiently as possible.  However, the Court has a substantial docket of pending cases, and must first address matters that have been pending longest.  Other cases predate Petitioner's.  Insofar as Petitioner's motion for prompt disposition asks for priority

///

///

1

1 | and identifies no basis therefore, it must be and hereby is DENIED.

3 | IT IS SO ORDERED.

4 | Dated:   June 7, 2010                    /s/ *Michael J. Seng*
            UNITED STATES MAGISTRATE JUDGE