# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAINSWORTH MARCHELLUS HALL,<br><br>        Petitioner,<br><br>   v.<br><br>H.A. RIOS, Warden,<br><br>        Respondent. | 1:09-cv-01083 LJO MJS HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO CHANGE THE NAME OF RESPONDENT<br>[Doc. 10]<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 30, 2009, Petitioner filed a motion to amend the petition. Petitioner requests that H.A. Rios, Warden of United States Penitentiary at Atwater be named as Respondent in this matter. (Court Doc. 10.)

A petitioner seeking habeas relief must name the officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. Cal. Sup. Ct., 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. U.S., 982 F.2d 378, 379 (9th Cir.1992). Therefore, Petitioner's request is proper.

///

1  Accordingly, Petitioner's motion to change the name of Respondent in this matter to H.A.
2  Rios is GRANTED. The Clerk of Court is DIRECTED to change the name of Respondent to H.A.
3  Rios.

5  IT IS SO ORDERED.

6  Dated:    June 7, 2010                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE