UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAINSWORTH MARCELLUS HALL,<br><br>    Petitioner,<br><br>    v.<br><br>H.A. RIOS,<br><br>    Respondent.<br>_____/ | 1:09-cv-1083 LJO MJS  (HC)<br><br>ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL<br><br>(Docs. 55 & 58) |

Petitioner has requested the appointment of counsel and asked the Court to adjourn these proceedings pending such appointment counsel.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's requests for appointment of counsel and to adjourn the proceedings be denied.

IT IS SO ORDERED.

Dated:   January 6, 2012             /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE